UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEIL YOUNG and MARGARET YOUNG,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WN RAGLAND, Official No. 1162289, her Engines, Furnishings and Appurtenances, *in rem*; MANITOBA CORPORATION; MICHAEL M. MOORE, and the marital community comprised of Michael M. Moore and Jane Doe Moore, *in personam*,<br><br>　　　　　　Defendants. | IN ADMIRALTY<br><br>CASE NO. C07-1111BHS<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT *IN REM* |

　　This matter comes before the Court on the Plaintiffs' Motion for Default *In Rem,* Summary Judgment *In Rem* Foreclosing Preferred Marine Mortgage (Dkt. 22). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file herein.  Based on the arguments presented in the pleadings, and no response in opposition having been filed, together with the fact that the Court finds that it should enter an order of default *in rem* against the Defendant vessel WN RAGLAND, Official Number 1162289, her engines, tackle, apparel, furniture and equipment, and against all persons who may claim an interest in the Defendant vessel, as a result of the failure of any party to file a verified statement of right or interest as required by Rule C(6) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

ORDER – 1

An order of default should also be entered against the Defendant Manitoba Corporation, as no valid representation or answer has ever been filed on its behalf. Corporations are required to be represented by licensed counsel. *Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993). While Defendant Michael M. Moore attempted to appear on behalf of Defendant Manitoba Corporation, Mr. Moore is a co-defendant representing himself in this matter, is not a licensed attorney, and therefore cannot represent Defendant Manitoba Corporation.

The Court does not reach the issues presented in Plaintiffs' alternative motion for summary judgement as, given the record before it, a default is more appropriate at this time.

**ORDER**

Therefore, it is **ORDERED** that Plaintiffs' Motion for Default *In Rem,* Summary Judgment *In Rem* Foreclosing Preferred Marine Mortgage (Dkt. 22) is hereby **GRANTED in part**. An order of default *in rem* shall be entered against the Defendant vessel WN RAGLAND, Official Number 1162289, her engines, tackle, apparel, furniture and equipment, and against all persons who may claim an interest in the Defendant vessel. An order of default shall also be entered against Defendant Manitoba Corporation. Plaintiffs' alternative motion for summary judgment (Dkt. 22) is hereby **DENIED** as moot.

DATED this 22nd day of January, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2